**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 11-12104

SAUNDRA J. MOORE, AKA BENNETT

    Defendant.
_____/

**ORDER TERMINATING DEFENDANT'S "REQUEST FOR HEARING ON REQUEST FOR WRIT OF GARNISHMENT . . ." AND OVERRULING OBJECTION TO GARNISHMENT**

        Pending before the court is Defendant Saundra Moore's request for hearing and claim for exemptions. Despite requesting a hearing, Defendant was absent from a hearing on September 14, 2011. Accordingly, for the reasons stated on the record,

        IT IS ORDERED that Defendant's "Request for Hearing on Request for Writ of Garnishment . . ." [Dkt. # 18] is TERMINATED.

        IT IS FURTHER ORDERED that Defendant's objection to garnishment is OVERRULED.

                                                         s/Robert H. Cleland
                                                        ROBERT H. CLELAND
                                                         UNITED STATES DISTRICT JUDGE

Dated: September 22, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 22, 2011, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522