UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff

Case Number 11-12104
Hon. Robert H. Cleland

-v-

SAUNDRA MOORE,

                Defendant

and

SOUTHEAST MICHIGAN STATE EMPLOYEES FCU,
                Garnishee Defendant
_____

### ORDER RESOLVING DEFENDANT'S REQUEST FOR HEARING ABOUT THE GARNISHMENT AND CLAIM FOR EXEMPTIONS

**THIS MATTER** having come before the Court on Defendant's Request for Hearing; Plaintiff having filed a Response thereto; a hearing having been held on March 7, 2012; and the parties having reached a resolution and having placed same on the record:

The Defendant's objections to the Writ of Garnishment directed to SOUTHEAST MICHIGAN STATE EMPLOYEES CREDIT UNION are sustained for the reasons stated on the record.  **IT IS HEREBY ORDERED** that Garnishee Defendant SOUTHEAST MICHIGAN STATE EMPLOYEES FEDERAL CREDIT UNION shall release all funds to the Defendant.

**IT IS FURTHER ORDERED** that Defendant SAUNDRA MOORE must provide to the Plaintiff the completed application for Total & Permanent Disability.


Dated:  3/12/2012                                   S/Robert H. Cleland
                                                                  United States District Court Judge