UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                           Case Number 11-12104
       Plaintiff        Hon. Robert H. Cleland

-v-

SAUNDRA MOORE,

       Defendant

and

SOUTHEAST MICHIGAN STATE EMPLOYEES FCU,
       Garnishee Defendant
_____

**ORDER RESOLVING DEFENDANT'S REQUEST FOR HEARING
ABOUT THE GARNISHMENT AND CLAIM FOR EXEMPTIONS**

     **THIS MATTER** having come before the Court on Defendant's Request for Hearing; Plaintiff having filed a Response thereto; a hearing having been held on March 7, 2012; and the parties having reached a resolution and having placed same on the record:

     The Defendant's objections to the Writ of Garnishment directed to SOUTHEAST MICHIGAN STATE EMPLOYEES CREDIT UNION are sustained for the reasons stated on the record. **IT IS HEREBY ORDERED** that Garnishee Defendant SOUTHEAST MICHIGAN STATE EMPLOYEES FEDERAL CREDIT UNION shall release all funds to the Defendant.

     **IT IS FURTHER ORDERED** that Defendant SAUNDRA MOORE must provide to the Plaintiff the completed application for Total & Permanent Disability.

Dated: 3/12/2012                                 S/Robert H. Cleland
                                                       United States District Court Judge